IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:13 mj 1045

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | GOVERNMENT'S MOTION |
| v. | ) | TO CONTINUE |
| Timothy R Murns | ) | |
| | ) | |

Pursuant to 18 USC §3161(h)(3)(B) and to Local Rule 47.1, the GOVERNMENT respectfully request that the above-captioned case be continued to the Oct 16, 2013 misdemeanor docket. In support of this motion, the GOVERNMENT sets forth the following.

1. The defendant was absent due to: Government being unable to serve Defendant with notice to appear.

2. This is the 2nd continuance filed by the Government in this matter.

This the 14th day of August, 2013.

Scott W. Iseman
SCOTT W. ISEMAN
Special Assistant US Attorney
Criminal Division
Joint Law Center
PSC Box 8007
MCAS Cherry Point, NC 28533
252-466-6457
Bar No: 4884060 (New York)

The Court finds that the ends of justice are served by the granting of such a continuance outweigh the best interest of the public in a speedy trial because the defendant is absent.

Accordingly, the continuance is ALLOWED. The intervening time from 8/14/13 to 10/16/13 is excluded from speedy trial computation under 18 USC 3161.

This the 14 day of August, 2013.

United States Magistrate Judge