IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

**FILED IN OPEN COURT**

ON __10 / 16 / 2013__

Julie A. Richards, Clerk
US District Court
Eastern District of NC

CASE NO.

UNITED STATES OF AMERICA )
)                                   DEFENDANT'S
v.                                          )                                   MOTION TO CONTINUE
)                                   (18 USC § 3161(h)(8))
Timothy Ray Marns )                         4:13-m-1045

Pursuant to 18 USC § 3161(h)(7) and to Local Rule 4.11, the Defendant respectfully requests that the above-captioned case be continued from the present docket. In support of this motion, the Defendant sets forth the following:

1. _Defendant requests time to review discovery and meet with attorney_

2. This is the _1st_ continuance filed by the Defendant in the present case. The Special Assistant United States Attorney does /does not object to this motion.

3. I understand that if this motion is granted, I must next appear in court at 9:00 a.m. on the _____ _____ Court docket, and that failure to appear may result in the issuance of an arrest warrant.

Submitted on: __10 / 16 / 12__

_____
Defendant or Attorney for Defendant

The Court finds that the ends of justice served by the granting of such a continuance outweigh the best interest of the public in a speedy trial for the following reasons:

[ ] Failure to do would likely result in a **miscarriage of justice.**
[ ] The **usual nature or complexity of the case** makes it unreasonable to expect the Defendant to adequately prepare for pretrial proceedings or trial with the time limits set forth in 18 USC 3161.
[ ] Failure to so would deny the Defendant reasonable **time to obtain counsel;**
[ ] Failure to do so would unreasonably deny the Defendant **continuity of counsel;**
[ ] Failure to do so would deny the Defendant the reasonable **time necessary for effective preparation,** taking into account the exercise of due diligence.

Accordingly the continuance is ALLOWED. The intervening time from _10/16/13_ to _12/11/13_ Is excluded from speedy trial computation under 18 USC 3161.

_10/16/2013_
Date

_____
United States Magistrate Judge