IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

FILED IN OPEN COURT
ON 12/11/2013 AC
Julie A. Richards, Clerk
US District Court
Eastern District of NC

CASE NO. 4:13-m-1045

UNITED STATES OF AMERICA )
)
v. ) DEFENDANT'S
) MOTION TO CONTINUE
Timothy R. Murns ) (18 USC § 3161(h)(8))
)
)

Pursuant to 18 USC § 3161(h)(7) and to Local Rule 4.11, the Defendant respectfully requests that the above-captioned case be continued from the present docket. In support of this motion, the Defendant sets forth the following:

1. Defendant's counsel requests additional time to review discovery and meet with defendant.

2. This is the 2ND continuance filed by the Defendant in the present case. The Special Assistant United States Attorney does / does not object to this motion.

3. I understand that if this motion is granted, I must next appear in court at 9:00 a.m. on the February 12, 2014 Court docket, and that failure to appear may result in the issuance of an arrest warrant.

Submitted on: December 11, 2013

_____
Defendant or Attorney for Defendant

The Court finds that the ends of justice served by the granting of such a continuance outweigh the best interest of the public in a speedy trial for the following reasons:

[ ] Failure to do would likely result in a **miscarriage of justice.**
[ ] The **usual nature or complexity of the case** makes it unreasonable to expect the Defendant to adequately prepare for pretrial proceedings or trial with the time limits set forth in 18 USC 3161.
[ ] Failure to so would deny the Defendant reasonable **time to obtain counsel;**
[ ] Failure to do so would unreasonably deny the Defendant **continuity of counsel**;
[✓] Failure to do so would deny the Defendant the reasonable **time necessary for effective preparation,** taking into account the exercise of due diligence.

Accordingly the continuance is ALLOWED. The intervening time from 12/11/13 to 2/12/14 Is excluded from speedy trial computation under 18 USC 3161.

12/11/2013
Date

_____
United States Magistrate Judge