IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:13-m-1045

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DEFENDANT'S |
| v. | ) | MOTION TO CONTINUE |
| | ) | (18 USC § 3161(h)(8)) |
| Timothy Ray Murns | ) | |
| | ) | |

Pursuant to 18 USC § 3161(h)(7) and to Local Rule 4.11, the Defendant respectfully requests that the above-captioned case be continued from the present docket. In support of this motion, the Defendant sets forth the following:

1. Defendant, through counsel, moves to continue this hearing to allow additional time to obtain documents necessary to resolve the case short of trial.

2. This is the _3RD_ continuance filed by the Defendant in the present case. The Special Assistant United States Attorney does / ~~does not~~ object to this motion.

3. I understand that if this motion is granted, I must next appear in court at 9:00 a.m. on the _June 11, 2014_ Court docket, and that failure to appear may result in the issuance of an arrest warrant.

Submitted on: _April 16, 2014_

_____
Defendant or Attorney for Defendant

The Court finds that the ends of justice served by the granting of such a continuance outweigh the best interest of the public in a speedy trial for the following reasons:

[ ] Failure to do would likely result in a **miscarriage of justice.**
[ ] The **usual nature or complexity of the case** makes it unreasonable to expect the Defendant to adequately prepare for pretrial proceedings or trial with the time limits set forth in 18 USC 3161.
[ ] Failure to so would deny the Defendant reasonable **time to obtain counsel;**
[ ] Failure to do so would unreasonably deny the Defendant **continuity of counsel;**
[✓] Failure to do so would deny the Defendant the reasonable **time necessary for effective preparation,** taking into account the exercise of due diligence.

Accordingly the continuance is ALLOWED. The intervening time from _4-16-14_ to _6-11-14_ Is excluded from speedy trial computation under 18 USC 3161.

_April 16, 2014_
Date

_____
United States Magistrate Judge

Case 4:13-mj-01045-RJ   Document 15   Filed 04/16/14   Page 1 of 1